1836.

LEGGETT
*v.*
BOORUM.

---

LEGGETT and others *v.* BOORUM.

---

While an injunction under a judgment-creditor's bill was upon furniture, it was taken and sold under a distress for rent. There was no other property. The court allowed the complainant to dismiss his bill without costs.

---

*Nov.* 21*st,*
1836.

*Debtor and*
*Creditor.*
*Costs.*

Judgment-creditor's bill ; and answer, denying property : but setting forth that, while the complainant's injunction was in force, the defendant's furniture had been sold under a distress for rent.

Mr. *J. M. Bixby*, for the complainants.

Mr. *Rowley*, for the defendant.

THE VICE-CHANCELLOR :—This case appears to fall within the rule laid down in *Smets* v. *Williams,* 4 Paige's C. R. 367, and exonerates the complainants from paying the defendant's costs on dismission of the bill. Some specific property, namely, household furniture, is pointed out which the

complainants had some reason to believe might be applica-
ble to their judgment, but which was afterwards swept off
by a landlord's warrant. It was sold for more than one
hundred dollars. The complainants are willing to have
their bill dismissed ; and, under the circumstances, they are
entitled to have it dismissed, each party paying their own
costs.